✎GAM 35
(Rev. 2/06)

**Report and Order Terminating Probation**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.   5:25-CR-00034-001 |
| **CASEY ALTON HENRY** | |

Casey Alton Henry has substantially complied with the rules and regulations of supervised release and has met the criteria for early termination as outlined in the *Guide to Judiciary Policy*; Volume 8, Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts and is no longer in need of supervision.

Respectfully submitted,

*Amanda G Reed*

Amanda G. Reed
Re-Entry Specialist

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this ____2nd____ day of _____June_____, 2026.

S/ Marc T. Treadwell
_____
MARC T. TREADWELL
U.S. DISTRICT JUDGE